*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

January 14, 2021

VIA ECF
Hon. Katherine Polk Failla
United States District Judge
United States District Court
40 Foley Square
New York, New York 10007



Re:   *Mauvais, et al. v. Wolf, et al.*, No. 20 Civ. 10335 (KPF)

Dear Judge Failla:

    This Office represents the government in this action in which the plaintiffs seek an order compelling U.S. Citizenship and Immigration Services ("USCIS") to adjudicate their Petition for Alien Relative (Form I-130) and Application to Register Permanent Residence or Adjust Status (Form I-485). On behalf of the government, I write respectfully to request a two-month extension of time to respond to the complaint (*i.e.*, from February 9, 2021 to April 9, 2021). I also respectfully request that the initial conference presently scheduled for March 30, 2021 be adjourned to a date at least one week after April 9, 2021.

    The extension is respectfully requested because USCIS has scheduled an interview of plaintiffs for February 9, 2021 in regard to their Form I-130 and Form I-485. The government anticipates that the requested extension will provide adequate time for USCIS to conduct the interview and then determine what next steps may be necessary or proceed to adjudicate their applications, which would render this action moot. This is the government's first request for an extension of the deadline to respond to the complaint and to adjourn the initial conference. Plaintiffs' counsel consents to these requests.

    I thank the Court for its consideration of this letter.

    Respectfully submitted,

    AUDREY STRAUSS
    Acting United States Attorney

By:   *s/ Michael J. Byars*
    MICHAEL J. BYARS
    Assistant United States Attorney
    Telephone: (212) 637-2786
    Facsimile: (212) 637-2786
    E-mail: michael.byars@usdoj.gov

cc: Counsel of record (via ECF)

Application GRANTED.  The initial pretrial conference scheduled for March 30, 2021 is hereby ADJOURNED to April 20, 2021, at 11:00 a.m.  At the appointed time, the parties shall call (888) 363-4749 and enter access code 5123533.  Please note, the conference will not be available prior to 11:00 a.m.  The parties' joint pre-conference letter and proposed case management plan (see Dkt. #7), shall be due on or by April 15, 2021.

Dated:     January 14, 2021              SO ORDERED.
           New York, New York

                                         HON. KATHERINE POLK FAILLA
                                         UNITED STATES DISTRICT JUDGE